UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Adam F. Blaskowski,    Civil No. 16-157 (DWF/LIB)

      Plaintiff,

v.    **ORDER ADOPTING REPORT AND RECOMMENDATION**

Vicki Landwehr, d/b/a Landwehr
Construction, and John Scherer
d/b/a Scherer Trucking,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated February 19, 2016. (Doc. No. 4.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Leo I. Brisbois's February 19, 2016 Report and Recommendation (Doc. No. [4]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff Adam F. Blaskowski's application to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 15, 2016          s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge